**Order filed May 21, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00553-CR

**JARED LEVI COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66104**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #2 CD, #3 CD, #4 CD, #7 CD, #18 CD, #22 CD, # 25 CD and # 26 CD**

The clerk of the 23rd District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #2, #3, #4, #7, # 18, #22 #25 and #26, on or before **May 31, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #2, #3 #4, #7, #18, #22, #25, and #26, to the clerk of the 23rd District Court.

PER CURIAM